NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


MICHAEL JEROME HOLT,        )
        )
       Appellant,      )
        )
v.        )    Case No. 2D18-849
        )
STATE OF FLORIDA,      )
        )
       Appellee.      )
_____)

Opinion filed July 12, 2019.

Appeal from the Circuit Court for Polk
County; William Sites, Judge.

Howard L. Dimmig, II, Public Defender, and
Megan Olson, Assistant Public Defender,
Bartow, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Helene S. Parnes, Senior
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.


      Affirmed.


KELLY, MORRIS, and SLEET, JJ., Concur.